IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01445-REB-CBS

MICHAEL MIKSCHE,

    Plaintiff,

v.

INFO DIRECTIONS, INC.,
a New York corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Complaint (*doc. # 16*) is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, Plaintiff's Amended Complaint (*doc no. 16-2*).

**DATED:**      October 2, 2008