IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01445-REB-CBS

MICHAEL MIKSCHE,

    Plaintiff,

v.

INFO DIRECTIONS, INC.,
a New York corporation,

**ADDENDUM TO SCHEDULING ORDER**

Pursuant to the Court's direction, the parties met and conferred regarding discovery of Electronically Stored Information (ESI) in this case and hereby submit the following:

1. **ESI in general**: The parties believe that discovery of the claims and defenses involves ESI, but it is not anticipated at this time that discovery of such information will be extensive. The parties have already exchanged document demands. The most taxing ESI issue appears to involve e-mail.

2. **E-Mail Information**: Both parties have implemented measures to preserve material information. In response to specific demands, the parties will search both hard copy and electronic records that may contain responsive, material e-mails.

3. **Deleted Information**: Info Directions maintains backup tapes of its network files. The tapes are run on a quarterly basis and then archived. In the event that an electronic document was deleted prior to the run of the quarterly tape, the

document is no longer retrievable.  Any ESI in Mr. Miksche's possession is maintained on a removable hard drive that is presently not in use.

    4.  **"Embedded Data" and "metadata":** The parties do not presently have knowledge of the need to explore embedded data or metadata.  In the event that a particular document presents an issue, the parties will cooperate in good faith to resolve the issue prior to involving the Court.

    5.  **Back-up and archival data:** As set forth above, the parties have taken steps to preserve material information.  Mr. Miksche's information is saved on his removable hard drive which is stored and not in use.  Info Directions has quarterly tapes that can be searched.  Given the expected relevant scope of the present discovery demands, the costs of obtaining backup data will be borne by the individual party conducting the search.  The parties reserve the right to revisit the issue in the event that the scope of discovery broadens.

    6.  **Format and Media:** ESI will be produced in its native format (i.e., Outlook e-mail, Word, .pdf, .tif, etc.) and via CD or thumb drive.

    7.  **Reasonably accessible information and costs:** The parties believe that responsive and material ESI is reasonably accessible.  The parties preserve all objections to document demands, including those that are overbroad and seek information that is not reasonably calculated to lead to the discovery of admissible evidence.

    8.  **Privileged and trial preparation materials:** The parties will return and retain no copies of privileged information that is disclosed inadvertently and without intent to waive any privileges, providing that written demand for return with

identification of the material is made immediately after the inadvertent disclosure is discovered.

DATED at Denver, Colorado, this 21st day of October, 2008.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge

Respectfully submitted this 17th day of October, 2008.

| | |
|---|---|
| s/Donna Dell'Olio | s/Jeffrey J. Calabrese |
| Donna Dell'Olio | Jeffrey J. Calabrese |
| Cornish & Dell'Olio | HARTER SECREST & EMERY LLP |
| 431 N. Cascade Avenue, Suite 1 | 1600 Bausch & Lomb Place |
| Colorado Springs, CO 80903 | Rochester, New York 14604-2711 |
| (719) 475-1204 | Telephone: (585) 232-6500 |
| Attorneys for Plaintiff | Facsimile: (585) 232-2152 |
| | E-mail: jcalabrese@hselaw.com |

s/Andrew W. Volin
Andrew W. Volin
Sherman and Howard
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 299-8268
Facsimile: (303) 298-0940
Email: AVolin@shermanhoward.com

Attorneys for Defendant